**Order entered March 25, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00987-CV

## IN THE INTEREST OF B.L.Z.P., J.D, JR., AND J.D., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-09241**

### ORDER

Before the Court is appellees' March 23, 2022 unopposed motion to file their brief on the merits. We **GRANT** the motion and extend the time to file to **April 14, 2022.**

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE